**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIANNA RICHARDSON, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-cv-1996 |
| v. | (JUDGE CAPUTO) |
| THROOP BOROUGH POLICE DEPARTMENT, | |
| Defendant. | |

## ORDER

**NOW**, this 17th day of August, 2012, **IT IS HEREBY ORDERED** that Plaintiff Brianna Richardson's Motion for Leave to Amend the Civil Action Complaint (Doc. 21) is **GRANTED**. The Clerk of Court is directed to file the First Amended Civil Action Complaint (docketed at Doc. 22-1). Defendant's Motion to Dismiss (Doc. 14) is **DENIED AS MOOT**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge